**THOMAS R. RASK, III** OSB No. 934031
trask@kelrun.com
**JULIE PARRISH,** OSB No. 233864
jparrish@kelrun.com
Kell, Alterman & Runstein, L.L.P.
520 SW Yamhill Street, Suite 600
Portland, OR 97204
Telephone: 503-222-3531
Fax: 503-227-2980

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MICHAEL FIRESTONE and LINDSAY BERSCHAUER, individually and as husband and wife; KATERINA EYRE, an individual; TAYLER HAYWARD, an individual; LISA LEDSON, an individual, THOMAS REILLY, an individual, and GERALD EARL CUMMINGS, II, an individual,<br><br>      Plaintiffs,<br><br>  v.<br><br>JANET YELLEN, in her official capacity as the Secretary of the United States Department of the Treasury, UNITED STATES DEPARTMENT OF THE TREASURY, and ANDREA GACKI, in her official capacity as Acting Director of the Financial Crimes Enforcement Network,<br><br>      Defendants. | Case No: 3:24-cv-01034-SI<br><br>**PLAINTIFFS' NOTICE OF APPEAL** |

Plaintiffs' Notice of Appeal

4892-0619-2122

**KELL, ALTERMAN & RUNSTEIN, L.L.P.**
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

# NOTICE OF APPEAL

Plaintiffs Michael Firestone, Lindsay Berschauer, Katerina Eyre, Tayler Hayward, Lisa Ledson, Thomas Reilly, and Gerald Earl Cummings, II hereby appeal, pursuant to 28 U.S.C. § 1291, to the United States Court of Appeals for the Ninth Circuit from the opinion and order of the district court, entered on September 20, 2024 (ECF No. 18), denying Plaintiffs' motion for a preliminary injunction.

DATED: November 18, 2024.

Respectfully submitted,

KELL, ALTERMAN & RUNSTEIN, L.L.P.

BY   s/ Thomas R. Rask, III
   Thomas R. Rask, III, OSB No. 934031
   trask@kelrun.com
   Julie Parrish, OSB No. 233864
   jparrish@kelrun.com
   520 SW Yamhill St., Suite 600
   Portland, OR 97204-1329
   Telephone: (503) 222-3531
   Fax: (503) 227-2980
   Of Attorneys for Plaintiffs
Trial Attorney: Thomas R. Rask, III

Page 1 – Plaintiffs' Notice of Appeal

4892-0619-2122

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which sent notification of such filing to all counsel of record.

Dated this 18th day of November, 2024.

        Respectfully submitted,

        KELL, ALTERMAN & RUNSTEIN, L.L.P.

        BY   s/ Thomas R. Rask, III
           Thomas R. Rask, III, OSB No. 934031
           trask@kelrun.com
           Julie Parrish, OSB No. 233864
           jparrish@kelrun.com
           520 SW Yamhill St., Suite 600
           Portland, OR 97204-1329
           Telephone: (503) 222-3531
           Fax: (503) 227-2980
           Of Attorneys for Plaintiffs
        Trial Attorney: Thomas R. Rask, III

Page 2 – Plaintiffs' Notice of Appeal

4892-0619-2122

KELL, ALTERMAN & RUNSTEIN, L.L.P.
ATTORNEYS AT LAW
520 SW YAMHILL, SUITE 600
PORTLAND, OR 97204
TELEPHONE (503) 222-3531
FACSIMILE (503) 227-2980